NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAYMOND MARRY,                                    )
                                                  )
          Appellant,                              )
                                                  )
v.                                                )          Case No. 2D18-1039
                                                  )
STATE OF FLORIDA,                                 )
                                                  )
          Appellee.                               )
                                                  )
_____)

Opinion filed May 29, 2019.

Appeal from the Circuit Court for Pinellas
County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.